NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000318
27-AUG-2015
08:02 AM**

NO. CAAP-15-0000318

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROMULO SANTIAGO PINLAC and CRISTINA OCAMPO PINLAC,
Plaintiffs-Appellants,
v.
THE BANK OF NEW YORK MELLON fka The Bank of New York,
as Trustee for the Certificateholders CWALT, Inc.,
Alternative Loan Trust 2006-33CB, Mortgage Pass-Through
Certificates, Series 2006-33 CB, KAPOLEI REALTY, INC.,
LEALANI M. CHONG, Defendants-Appellees,
and
JOHN and MARY DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2941-11)

ORDER DISMISSING APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice, filed August 19, 2015, by Plaintiffs-
Appellants Romulo Santiago Pinlac and Cristina Ocampo Pinlac, the
papers in support, and the record, it appears that (1) the
stipulation is dated and signed by counsel for all parties
appearing in the appeal; (2) the parties seek to dismiss the

appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a); (3) the appeal has not been docketed; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that CAAP-15-0000318 is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, August 27, 2015.

Chief Judge

Associate Judge

Associate Judge